897 A.2d 1164

**Paul DOWHOWER, Petitioner,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (CAPCO CONTRACTING), Respondents.**

Supreme Court of Pennsylvania.

April 19, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of April, 2006, the Petition for Allowance of Appeal in the above-captioned matter is hereby **GRANTED** and the order of the Commonwealth Court in this matter is **VACATED** and **REVERSED** based on the decision in *Gardner v. Workers' Compensation Appeal Board (Genesis Health Ventures),* 888 A.2d 758 (2005).

Justice SAYLOR, dissents.

Mr. Justice Saylor dissents, as he is of the view that *Gardner* does not address an employer's ability to request an IRE prior to the 104–week period set forth in Section 306(a.2)(1) of the Workers' Compensation Act. *See* 77 P.S. § 511.2(1). He would grant the Petition for Allowance of Appeal to allow for full briefing and argument before resolution of this specific issue.

Justice NEWMAN joins Justice SAYLOR'S dissent.